JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON, <br> Petitioner, <br> v. <br> MICHAEL CARVAJAL, <br> Respondent. | Case No. ED CV 20-2599-PSG (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Emergency Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: December 18, 2020

_____
HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE